# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Almond, Lincoln D. | United States District Court | 07/23/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time United States Magistrate Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

United States District Court
District of Rhode Island
Two Exchange Terrace, Room 208
Providence, RI 02903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 07/23/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | All That Matters -- Wages |
| 2. 2014 | Resilient Kids -- Wages |
| 3. 2014 | Greater Providence YMCA -- Wages |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 07/23/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Rensselaer Polytechnic Institute | Tuition Agreement | J |
| 2. | University of Rhode Island | Tuition Agreement | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Washington Trust Accts | A | Interest | J | T | | | | | |
| 2. John Hancock Freedom 529 (#3) College Portfolio C2-No Control | | None | J | T | Sold (part) | 01/31/14 | J | | |
| 3. | | | | | Sold (part) | 02/18/14 | J | | |
| 4. | | | | | Sold (part) | 08/04/14 | J | | |
| 5. Commonwealth Financial Network-IRA #1 | | | | | | | | | |
| 6. --Russell Global Real Estate Sec. Fd. Class S | A | Dividend | K | T | Sold (part) | 7/18/14 | J | | |
| 7. | | | | | Sold (part) | 9/19/14 | J | | |
| 8. | | | | | Sold (part) | 10/10/14 | J | | |
| 9. | | | | | Sold (part) | 12/29/14 | J | | |
| 10. --AQR Internat'l Momentum Fund | A | Dividend | K | T | Sold (part) | 11/22/14 | J | | |
| 11. | | | | | Sold (part) | 12/09/14 | J | | |
| 12. | | | | | Sold (part) | 12/29/14 | J | | |
| 13. --AQR Momentum Fund | A | Dividend | K | T | Sold (part) | 02/12/14 | J | | |
| 14. | | | | | Sold (part) | 08/21/14 | J | | |
| 15. | | | | | Sold (part) | 12/09/14 | J | | |
| 16. --AQR Small-Cap Momentum Fund | A | Dividend | K | T | | | | | |
| 17. --ASG Global Alternatives Fund Y | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --DFA Emerging Mkts Small Cap | A | Dividend | J | T | | | | | |
| 19. --DFA Emerging Mkts Core Equity | A | Dividend | K | T | | | | | |
| 20. --DFA Internat'l Core Equity | C | Dividend | L | T | | | | | |
| 21. --DFA US Large Cap Value PRTF | B | Dividend | K | T | Sold (part) | 02/12/14 | J | | |
| 22. | | | | | Sold (part) | 07/09/14 | J | | |
| 23. --DFA US Small Cap Portfolio Instl | A | Dividend | K | T | Sold (part) | 10/22/14 | J | | |
| 24. --Doubleline Total Bond Fund | B | Dividend | K | T | | | | | |
| 25. --Loomis Sayles Bond Instl | B | Dividend | K | T | | | | | |
| 26. --Bank Deposit Sweep | A | Interest | J | T | Sold (part) | 01/08/14 | J | | |
| 27. | | | | | Sold (part) | 04/07/14 | J | | |
| 28. | | | | | Sold (part) | 07/10/14 | J | | |
| 29. | | | | | Sold (part) | 10/10/14 | J | | |
| 30. --DFA US Core Equity II (X) | A | Dividend | L | T | | | | | |
| 31. Commonwealth Financial Network IRA #2 | | | | | | | | | |
| 32. --Russell Global Real Estate Sec. Fd-Class S | A | Dividend | J | T | | | | | |
| 33. --Russell Invt Co Commodity Strategies Fd-Class S | | None | J | T | | | | | |
| 34. --AQR Internat'l Momentum Fund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --AQR Momentum Fund | A | Dividend | J | T | | | | | |
| 36. --AQR Small Cap Momentum Fund | A | Dividend | J | T | | | | | |
| 37. --ASG Global Alternatives Fund Y | | None | J | T | | | | | |
| 38. --DFA Emerging Mkts Core Equ Portfolio | A | Dividend | J | T | | | | | |
| 39. --DFA Internat'l Core Equ. | A | Dividend | J | T | | | | | |
| 40. --DFA US Large Cap Value Portfolio Instl | A | Dividend | J | T | | | | | |
| 41. --DFA US Small Cap Portfolio Inst. | A | Dividend | J | T | | | | | |
| 42. --Doubleline Total Return Bond Fund | A | Dividend | J | T | | | | | |
| 43. --Loomis Sayles Bond Inst. | A | Dividend | J | T | | | | | |
| 44. --Bank Deposit Sweep Program | | None | J | T | Sold (part) | 01/08/14 | J | | |
| 45. | | | | | Sold (part) | 04/07/14 | J | | |
| 46. | | | | | Sold (part) | 07/07/14 | J | | |
| 47. | | | | | Sold (part) | 10/06/14 | J | | |
| 48. Commonwealth Financial Network Acct | | | | | | | | | |
| 49. --Russell Inv. Co. Global Real Estate Sec. Fund-Class S | A | Dividend | J | T | | | | | |
| 50. --AQR Tax Managed Internat'l Momentum | A | Dividend | J | T | | | | | |
| 51. --AQR Tax Managed Large Cap Momentum | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --AQR Tax-Managed Small Cap Momentum | A | Dividend | J | T | | | | | |
| 53. --Natixis Funds Trust II ASG Global Alternatives Fund Y | | None | J | T | Buy | 04/02/14 | J | | |
| 54. --DFA Internat'l Core Equity | A | Dividend | J | T | | | | | |
| 55. --DFA TA US Core Equity 2 Portfolio | A | Dividend | K | T | | | | | |
| 56. --Bank Deposit Sweep Program | A | Interest | J | T | | | | | |
| 57. --DFA Emerging Markets Core Equity Portfolio | A | Dividend | J | T | Buy | 01/13/14 | J | | |
| 58. --DFA Emerging Mkts Small-Cap Portfolio | A | Dividend | J | T | Buy | 01/13/14 | J | | |
| 59. --DFA Internat'l Small Company Portfolio | A | Dividend | J | T | Buy | 01/13/14 | J | | |
| 60. --Doubleline Total Return Bond Fund Class 1 | A | Dividend | J | T | Buy | 04/02/14 | J | | |
| 61. --Loomis Sayles Bond Fund Inst. Class | A | Dividend | J | T | Buy | 01/13/14 | J | | |
| 62. | | | | | Buy | 04/02/14 | J | | |
| 63. Commonwealth Financial Network-Z | | | | | | | | | |
| 64. --FT Unit 3729 Target Global DVD (Y) | | | | | | | | | |
| 65. --FT Unit 3787 Select DSIP Port (Y) | | | | | | | | | |
| 66. --Russell Lifepoints Eqty Growth Strategy Fund (X) | A | Dividend | J | T | | | | | |
| 67. Commonwealth Financial Network - C | | | | | | | | | |
| 68. --FT Unit 3995 Technology Select Port | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --FT Unit 4250 Target Global DVD Leaders (Y) | | | | | | | | | |
| 70. --FT Unit 4284 Select DSIP Port | A | Dividend | | | Sold | 10/17/14 | J | | |
| 71. Citizens Bank Account | A | Interest | J | T | Open | 09/10/14 | L | | |
| 72. Bank of America Accounts (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Almond, Lincoln D. | 07/23/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

LINE 51: Previously reported as "AQR Tax-Managed Momentum." Added "Large-cap" to clarify and match description to statement.

LINE 53: Formerly "ASG Global Alternatives Fund Y." Added "Natixis Funds Trust II" to match description to statement.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Lincoln D. Almond**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544